MANDATE

DCCT/NHCT
01 cv 545
Eginton

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
Oct 12  4 19 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of AUGUST, two thousand four.

PRESENT: HON. DENNIS JACOBS,
         HON. BARRINGTON D. PARKER,
         HON. PETER W. HALL,
                    Circuit Judges.

- - - - - - - - - - - - - - - - - - -X

ATIYA K. SAMPLE,

       Plaintiff-Appellant,

       -v.-                                              03-7200

WAL-MART STORES, INC., SUSAN
SERVATIUS, MONTE COLLUM, MARIE
HOGUE,

       Defendants-Appellees.

- - - - - - - - - - - - - - - - - - -X

APPEARING FOR APPELLANT:       Atiya K. Sample, pro se,
                               Bridgeport, CT

APPEARING FOR APPELLEE
WAL-MART STORES, INC.:         Joel L. Finger, Brown,
                               Raysman, Millstein,

(Stamp: UNITED STATES COURT OF APPEALS FILED AUG 18 2004 Roseann B. MacKechnie, CLERK SECOND CIRCUIT)

—ISSUED AS MANDATE: SEP 29 2004—

Felder & Steiner, LLP,
New York, NY (I. Michael
Kessel and Gregory B.
Reilly, on the brief)

Appeal from the United States District Court for the District of Connecticut (Eginton, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED** that the judgment of the district court is **AFFIRMED**.

Atiya Sample appeals from two judgments entered by the United States District Court for District of Connecticut (Eginton, J.), granting summary judgment in favor of defendant Wal-Mart Stores, Inc. and dismissing her claims against the individual defendants. Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues.

This Court reviews the district court's grant of summary judgment de novo. See Young v. County of Fulton, 160 F.3d 899, 902 (2d Cir. 1998). In doing so, we view the evidence in the light most favorable to the non-moving party and draw all reasonable inferences in her favor. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986); Maguire v. Citicorp Retail Servs., Inc., 147 F.3d 232, 235 (2d Cir. 1998). Summary judgment is appropriate only where "there is no genuine issue as to any material fact and . . . the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c). We affirm the grant of summary judgment in favor of Wal-Mart Stores, Inc. for substantially the reasons stated by the district court.

This Court reviews the district court's Rule 12(b) dismissal de novo. See Close v. New York, 125 F.3d 31, 35 (2d Cir. 1997) (Rule 12(b)(1)); PaineWebber Inc. v. Bybyk, 81 F.3d 1193, 1197 (2d Cir. 1996) (Rule 12(b)(6)); Christ Gatzonis Elec. Contractor, Inc. v. New York City Sch. Constr. Auth., 23 F.3d 636, 639 (2d Cir. 1994) (Rule 12(b)(6)). Sample fails to demonstrate that her workplace was "permeated with discriminatory intimidation, ridicule, and insult" or that any alleged discrimination was so severe as to "alter the conditions of [her] employment." Harris v. Forklift Systems, Inc.,

2

510 U.S. 17, 21 (1993) (internal quotation marks and citation omitted). Moreover, she presents no evidence to show that her dismissal was attributable to racial discrimination rather than to the employer's stated justification. The district court's dismissal of the claims against the individual defendants is therefore affirmed.

    For the reasons set forth above, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By:

*Lucille Carr*
Lucille Carr, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------x
ATIYA K. SAMPLE,

           Plaintiff-Appellant,

   v.

WAL-MART STORES, INC.
SUSAN SERVATIUS, MONTE COLLUM,
MARIE HOGUE,

           Defendant-Appellees.

------------------------------------------------x

Docket No. 03-7200-CV

**BILL OF COSTS**

    Counsel for Defendant-Appellee Wal-Mart Stores, Inc. respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against Plaintiff-Appellant Atiya K. Sample and in favor of Defendant-Appellee Wal-Mart Stores, Inc. for insertion in the mandate. Attached is the printer's bill. The number of copies which comprised the "printer's unit" of our printer, Printinghouse Press, was 15. In addition, we have reduced the per page cost of reproducing the necessary copies of the supplemental appendix to $.20 per page, in accordance with Local Rule 39.

| | |
|---|---|
| Docketing Action .................................................................................. | $ 0.00 |
| Costs of printing supplemental appendix (necessary copies 15) ....... | $397.00 |
| Costs of printing brief (necessary copies 15) ..................................... | $454.00 |
| Costs of printing reply brief (necessary copies ___) ......................... | $ 0.00 |

I hereby affirm under penalty of perjury that the above statements are true and accurate.

*[signature]*

I. Michael Kessel, Esq.
Brown, Raysman, Millstein, Felder
& Steiner LLP
900 Third Avenue
New York, New York 10022
(212) 895-2000
Attorneys for Defendant-Appellee
Wal-Mart Stores, Inc.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

CERTIFIED: SEP 29 2004

STATEMENT OF COSTS
Taxed in the amount of $ 851.00 in favor of
Appellee

SEP 28 2004
Date

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

*[signature]*
Tracy Young, Administrative Attorney

*[Stamp: UNITED STATES COURT OF APPEALS FILED SEP 28 2004 SECOND CIRCUIT]*